**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Quierra Robey

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUIERRA ROBEY, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANABI OIL CORPORATION d/b/a REBEL STORE,<br><br>Defendant. | Case No.: 5:24-cv-00787-JGB-DTB<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (A)(1)(A)(ii)** |

Plaintiff Quierra Robey ("Plaintiff") and Defendant Anabi Oil Corporation ("Defendant") (together, the "Parties"), by and through their undersigned counsel, respectfully submit this Stipulation of Dismissal With Prejudice pursuant to Rule 41(A)(1)(A)(ii) of the Federal Rules of Civil Procedure.

The Parties hereby jointly stipulate to dismiss this action *with prejudice* with each party to bear its own costs and attorneys' fees.

Dated: June 27, 2025                          Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce, Esq.*
    Gustavo Ponce, Esq.
    *Attorneys for Plaintiff*

**CUMMINS & WHITE, LLP**

Dated: June 11, 2025                  By: */s/ J. Thomas Gilbert, Esq.*
                                          J. Thomas Gilbert, Esq.
                                          *Attorneys for Defendant*

### SIGNATURE CERTIFICATE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Defendant's legal counsel and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: June 27, 2025

**KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce, Esq.*
    Gustavo Ponce, Esq.
    *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

A copy of the foregoing *Joint Stipulation of Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41* (A) has been filed on June 27, 2025 through the Court's electronic filing system. All parties may access the foregoing via the Court electronic filing system.

                                 */s/ Gustavo Ponce, Esq.*
                                 Gustavo Ponce, Esq.